AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 OCT 31 PM 1:56

OFFICE OF THE CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 8:17CR375
6520 N 33 St.,Omaha, Nebraska )
)
)

## ANTICIPATORY SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nebraska _____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property UPON OCCURRENCE OF THE FOLLOWING CONDITION(S) *(state the condition(s) which must occur to establish probable cause)*:
Upon delivery of a package addressed to Aaron Henderson, 6520 N 33 St. Omaha Ne. 68112, acceptance of the package at that address and the package entering the residence at that address

I further find that upon the occurrence of the conditions specified above, such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____November 7, 2017_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

IF THE CONDITION(S) DESCRIBED ABOVE HAVE NOT OCCURRED, THIS WARRANT MUST NOT BE EXECUTED.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 10-25-17 at 10:04am    *[signature]*
                                                                   *Judge's signature*

City and state: Omaha, NE                          Susan M. Bazis, Magistrate Judge
                                                                  *Printed name and title*

AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:17CR375 | Date and time warrant executed: 10-25-17  1308 | Copy of warrant and inventory left with: Residence |
| Inventory made in the presence of : Sgt. Meola #269 | | |

Inventory of the property taken and name of any person(s) seized:

See attached

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-31-17

*Executing officer's signature*

Inv. Finn #30

*Printed name and title*

1. Brown Card Boxed Box w/ Packaging Material
2. Bundle of meth 257.1g -Rm H
3. Wht Samsung Sm-J708P Phone / 4gig Micro SD Card - Rm F
4. Venue for Bratton -Rm H
5. Misc Paperwork / Venue - Rm A
6. Box Label - Rm H
7. Digital Scale - Rm B Closet
8. Wht I Phone S model A1633 - Rm B
   Gry Samsung Sm-J327P J 16gig Micro SD Card - Rm B
9. (2) Small Printed Baggies / Box of Baggies - Rm H

## ATTACHMENT A

The real property and premises known as 6520 N 33 St. Omaha, Douglas County, Nebraska, with a legal description of FLORENCE FIELD LOT 12 BLOCK 34 S 43.4 FT LT 11 & N 14.4 FT, and all associated garages, vehicles inside such garages, storage areas and all vehicles associated with the residence. The property is a single family residence, with a red door and a gray exterior, and the number "6520" is posted on the exterior of the residence on the east side.

## ATTACHMENT B

Evidence of a violation or violations of 21 U.S.C. §§ 841, 846, 856 (controlled substances trafficking and maintaining drug-involved premises); 18 U.S.C. §§ 1952 and 1956, (Travel Act and money laundering), including the following:

a. Methamphetamine, and any other controlled substances;

b. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances.

c. Address and telephone books and papers reflecting names, addresses or telephone numbers.

d. Books, records, receipts, bank statements and records, money drafts, letters of credit, money orders, cashier's checks, receipts, pass books, bank checks, safe-deposit keys and rental agreements, and any other items evidencing the obtaining, secreting, transfer, or concealment of assets in the obtaining, secreting, transfer, concealment or expenditure of money.

e. Purchase agreements, rental agreements, tax records, financial documents, to include but not limited to receipts, invoices, bills, ledgers, journals and other records related to income, expenditures and the purchase or sale of assets.

f. Brokerage account statements, investment related records, other documents and items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment, and/or expenditure of money.

g. Electronic equipment, such as cellular telephones, computers, telephone answering machines, telephone paging devices, currency counting machines, and any information stored in memory or contained in any related hardware and software.

h. United States currency, precious metals, jewelry and financial instruments, including but not limited to, stocks and bonds.

i. Photographs, in particular, photographs of conspirators, of assets, or of controlled substances, and other documents identifying associates and conspirators.

j. Paraphernalia for using; packaging, cutting, weighing and distributing controlled substances, including but not limited to: pipes, scales and baggies.

k. Indicia of occupancy, residency, or ownership of the premises, including but not limited to, utility and telephone bills, canceled envelopes, and keys.

l. Any locked or closed containers believed to contain any of the above listed evidence.